A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Sep 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Sep 01, 2009

FILED
CLERK'S OFFICE

IN RE: GENETICALLY MODIFIED RICE LITIGATION     MDL No. 1811

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-33)

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 17, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION                MDL No. 1811

## SCHEDULE CTO-33 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**               **CASE CAPTION**

ARKANSAS EASTERN
  ARE  1   09-36        Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
  ARE  2   09-109       Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
  ARE  2   09-110       B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
  ARE  2   09-111       Henry Kelly v. Bayer CropScience, LP, et al.
  ARE  2   09-116       Kirk Brann, et al. v. Bayer CropScience, LP, et al.
  ARE  2   09-118       Stanley Bosnick v. Bayer CropScience, LP
  ARE  2   09-119       Eloise Bosnick Family Trust v. Bayer CropScience, LP
  ARE  2   09-120       Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
  ARE  2   09-121       Bosnick Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-126       Dean Davis, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-127       Jay Reiman, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-128       Darrell Brady, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-129       Steve Davis, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-130       Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-131       Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
  ARE  3   09-132       Bullard Farms, Inc., et al. v. Bayer AG, et al.
  ARE  3   09-134       Louiese Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-135       Ninety-Six Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-136       South Bayou Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-137       Tool Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-138       BC&MC Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-139       Blue Lake Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-140       Bosnick Family Trust v. Bayer CropScience, LP
  ARE  3   09-141       Long Grain Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-142       Long Rows, Inc. v. Bayer CropScience, LP
  ARE  4   09-677       Lane Oliver, et al. v. Bayer CropScience, LP, et al.
  ARE  4   09-678       Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-230       Jason Smith, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-231       Rick Siems, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-232       Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-234       Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-235       Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-237       Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-239       Billy M. Long, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-240       Greg Hackney, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-241       James M. Craig, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-242       Wade Richter, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-243       Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-244       Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**                **CASE CAPTION**

ARKANSAS EASTERN
  ARE  5   09-245          Brad Haynes, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-246          James Noble, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-247          Curtis Simpson, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-248          Curt Moore, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-249          John Worring, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-250          Jon L. Baker, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-251          Brandon Rodgers, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-252          Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-253          Roy McCollum, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-254          Walter E. Daniel, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-255          Greg Kerksieck, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-256          Brooks Davis, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-257          John Ross, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-258          Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-259          Gary Stone, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-260          Robert H. Dilday, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-261          Brent Clawitter, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-262          Talka Corp. v. Bayer CropScience, LP
  ARE  5   09-263          Stanley Welty v. Bayer CropScience, LP
  ARE  5   09-264          W.N. Gillison Revocable Trust v. Bayer CropScience, LP
  ARE  5   09-265          Dave Black, et al. v. Bayer CropScience, LP
  ARE  5   09-266          C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP
  ARE  5   09-267          A&K Farms, Inc. v. Bayer CropScience, LP